```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
```

|  |  |  |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, et al. | : : | |
| v. | : | Civil Action No. DKC 14-2376 |
| ADVANCED SURGERY CENTER OF BETHESDA, LLC, et al. | : : | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 15th day of July, 2015, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Defendants, twenty ambulatory surgical centers located in Maryland ("the ASCs"), and Surgical Center Development, Inc. d/b/a SurgCenter Development (ECF No. 41) BE, and the same hereby IS, GRANTED in part and DENIED in part;

2. Plaintiffs Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (the "Cigna entities") claim for restitution of overpayments under ERISA § 502(a)(3)(B) and claim under RICO, BE, and the same hereby ARE, DISMISSED;

3. The motion to dismiss the ASCs' counterclaims filed by the Cigna entities (ECF No. 43) BE, and the same hereby IS, GRANTED in part and DENIED in part;

4. The ASCs' counterclaims for breach of fiduciary duty under ERISA § 502(a)(3) (count II) and for unjust enrichment (count V) BE, and the same hereby ARE, DISMISSED; and

5. The clerk is directed to transmit copies of this memorandum opinion and order to counsel for the parties.

                                                      /s/
                                    DEBORAH K. CHASANOW
                                    United States District Judge