```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY, *et al.*,      :

    v.                                :   Civil Action No. DKC 14-2376

                                      :

ADVANCED SURGERY CENTER
OF BETHESDA, LLC, *et al.*,       :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of December, 2016, by the United States District Court for the District of Maryland, ORDERED that:

    1. The motion to compel filed by Defendants/Counter-Plaintiffs Advanced Surgery Center of Bethesda, *et al.*, (ECF No. 139) BE, and the same hereby IS, GRANTED; and

    2. The motion to compel filed by Plaintiffs/Counter-Defendants Connecticut General Life Insurance Company, *et al.*, (ECF No. 138) BE, and the same hereby IS, GRANTED IN PART AND DENIED IN PART; and

    3. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                            /s/
                                    DEBORAH K. CHASANOW
                                    United States District Judge