December 7, 2016

**VIA CM/ECF**

Honorable Deborah K. Chasanow
United States District Judge
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    *Connecticut General Life Ins. Co., et al. v. Advanced Surgery Center of Bethesda LLC, et al.*, Civil Action No. DKC 14-2376

Dear Judge Chasanow:

Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company (collectively, "Cigna"), Surgical Center Development, Inc. ("SurgCenter"), and the affiliated ambulatory surgery centers involved in this litigation (collectively, the "ASCs") (together with SurgCenter and Cigna, the "Parties") have reached an agreement in principle to resolve all claims in the above-referenced matter.

Accordingly, pursuant to Local Rule 111, the Parties request that this Court enter an order declaring this action dismissed without prejudice to the right of a Party to move for good cause, within sixty (60) days, to reopen this action in the event that the settlement agreement cannot be finalized. A proposed order is attached.

Respectfully Submitted,

| | |
|---|---|
| */s/* | */s/* |
| Joshua B. Simon (*pro hac vice*) | Andrew D. Freeman (Bar No. 03867) |
| Warren Haskel (*pro hac vice*) | Kevin D. Docherty (Bar No. 18596) |
| Terence Y. Leong (*pro hac vice*) | Jean M. Zachariasiewicz (Bar No. 19734) |
| Andrew C. Orr (*pro hac vice*) | Brown, Goldstein & Levy, LLP |
| Kirkland & Ellis LLP | 120 East Baltimore Street, Suite 1700 |
| 601 Lexington Avenue | Baltimore, MD 21202 |
| New York, NY 10022 | Tel: (410) 962-1030 |
| Tel: (212) 446-4800 | Fax: (410) 385-0869 |
| Fax: (212) 446-4900 | adf@browngold.com |
| joshua.simon@kirkland.com | kdocherty@browngold.com |
| warren.haskel@kirkland.com | jmz@browngold.com |
| terence.leong@kirkland.com | |
| andrew.orr@kirkland.com | *Counsel for the ASCs and SurgCenter* |

Stuart A. Berman (Bar No. 08489)
Lerch, Early & Brewer, Chtd.
3 Bethesda Metro Center, Suite 460
Bethesda, MD 20814
Tel: 301-657-0729
Fax: 301-347-1538
saberman@lerchearly.com

*Counsel for Cigna*